**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Lisa M.,[1]** | : | |
| | : | **Case No. 2:25-cv-00430** |
| **Plaintiff,** | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **Commissioner of Social Security,** | : | **Magistrate Judge Shimeall** |
| | : | |
| **Defendant.** | : | |

**OPINION & ORDER**

Plaintiff Lisa M. ("Plaintiff") initiated this action for judicial review of the final decision of the Commissioner of Social Security ("Commissioner") finding that Plaintiff became disabled on August 25, 2022, but was not disabled prior to that date. *See* Statement of Errors, doc. 7. The Magistrate Judge issued a Report and Recommendation ("R&R") which found that the Commissioner's decision was supported by substantial evidence and recommended that the same be affirmed. Doc. 14.

Neither party has filed objections to the R&R, and the time for doing so has passed. With no objections, the Court needs only to review the R&R for clear error. Fed. R. Civ. P. 72, advisory committee note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error here, and agrees

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment, or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

with the Magistrate Judge's conclusion that the ALJ's decision was substantially supported by evidence in the record.

Therefore, the Court **ADOPTS** the R&R, in full, and therefore **AFFIRMS** the Commissioner's final decision, **OVERRULES** Plaintiff's Statement of Specific Errors, and **DISMISSES** this matter.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: August 7, 2026